ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
CHRISTOPHER VIEIRA, CSBN 273781
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (510) 970-4808
      E-Mail: christopher.vieira@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GER THAO,<br><br>       Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Civil No. 1:25-cv-00806-JLT-HBK<br><br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

//

//

Respectfully submitted,

Dated: January 27, 2026          PENA AND BROMBERG, PC

By:/s/ Jonathan Peña*
JONATHAN PEÑA
Attorneys for Plaintiff
[*As authorized by e-mail on Jan. 27, 2026]


ERIC GRANT
United States Attorney

MATHEW W. PILE
Head of Program Litigation 1
Law & Policy
Social Security Administration

Dated: January 27, 2026     By:     /s/ Christopher Vieira
CHRISTOPHER VIEIRA
Special Assistant United States Attorney
Attorneys for Defendantt


## ORDER

IT IS SO ORDERED.

Dated:   **January 28, 2026**

UNITED STATES DISTRICT JUDGE

Stipulation To Remand; Order          Page 2          Case No. 1:25-cv-00806-JLT-HBK